IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ENTERED ON DOCKET
DEC 20 1999
PURSUANT
TO FRCP RULES 58 & 79a

HERMINIO PEREZ-PEREZ

Petitioner

vs                                        CIVIL 98-1586CCC

UNITED STATES OF AMERICA

Respondent

## JUDGMENT

Having considered the Motion Under 28 USC §2255 to Vacate, Set Aside or Correct Sentence (docket entry 1), the United States' Response (docket entry 3), petitioner's reply (docket entry 6), the Magistrate's Report and Recommendation (**docket entry 8**) and petitioner's Response (**docket entry 9**), the Magistrate's Report and Recommendation is ADOPTED.

Accordingly, the Motion Under 28 USC §2255 to Vacate, Set Aside or Correct Sentence (**docket entry 1**) is DENIED. This action is hereby DISMISSED.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on December 16, 1999.

CARMEN CONSUELO CEREZO
United States District Judge

s/c H. Perez
C. Velez
DEC 2 1999

AO 72A
(Rev.8/82)